No. 87–1019.   FIELDS ET AL. *v.* ALLEN ET AL.   Sup. Ct. Ga. Certiorari denied.

No. 87–1023.   BERNSTEIN ET UX. *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 87–1024.   LANDON *v.* WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 87–1025.   MORGAN *v.* OHIO.   Ct. App. Ohio, Clark County.   Certiorari denied.

No. 87–1029.   MILLER INSITUFORM, INC., ET AL. *v.* INSITUFORM OF NORTH AMERICA, INC., ET AL.   C. A. 6th Cir. Certiorari denied.

No. 87–1034.   MECHANISED CONSTRUCTION OF PAKISTAN LTD. *v.* AMERICAN CONSTRUCTION MACHINERY & EQUIPMENT LTD. C. A. 2d Cir.   Certiorari denied.

No. 87–1036.   NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND *v.* GRAF.   C. A. 1st Cir.   Certiorari denied.

No. 87–1037.   DEERE & CO. *v.* KENNEDY ET AL.   Sup. Ct. Ill. Certiorari denied.

No. 87–1041.   POSCHWATTA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 87–1044.   HILL *v.* FLORIDA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla.   Certiorari denied.

No. 87–1046.   RODRIGUES *v.* MARTIN MARIETTA CORP., MASTER BUILDERS DIVISION, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–1052.   PATE *v.* WORKMEN'S COMPENSATION APPEAL BOARD OF PENNSYLVANIA (BOEING VERTOL CO.).   Sup. Ct. Pa. Certiorari denied.

No. 87–1056.   PENDLETON *v.* GEORGIA.   Ct. App. Ga.   Certiorari denied.